UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI L. BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. D.O.J., et al.,<br><br>　　　　Defendants. | No. 2:21-cv-1127-EFB P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint (ECF No. 1) and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 2). She has not, however, submitted a certified copy of her trust account statement as required by 28 U.S.C. § 1915(a)(2).

Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of service of this order, a certified trust account statement to complete her request for leave to proceed in forma pauperis.[1]  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 30, 2021.

　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff is unable to comply with this order, she must submit to the court a copy of his request for a copy of his certified trust account statement along with any responses received from jail officials.